In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-16-00165-CV
_____

### MICHAEL DAVID BELLOW JR., Appellant

### V.

### LEEANN MCQUADE, Appellee

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-198,048**

## ORDER

Appellant, Michael David Bellow Jr., filed a notice of bankruptcy.[1] *See* Tex. R. App. P. 8.1. This proceeding is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ENTERED October 13, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1] We take judicial notice of the notice that Bellow filed in his Appeal Number 09-16-00252-CV, *Michael David Bellow Jr. v. Courtney Bellow*.

1